ORIGINAL

EDWARD H. KUBO, JR. #2499
United States Attorney
District of Hawaii

MARSHALL H. SILVERBERG #5111
Assistant U.S. Attorney

KEITH C. CELEBREZZE
Special Assistant U.S. Attorney
Suite 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii  96850
Telephone:  (808) 541-2850
Facsimile:  (808) 541-2958
E-Mail:  keith.celebrezze@usdoj.gov

Attorneys for Plaintiff,
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

FEB 21 2006

at ___ o'clock and ___ min. ___M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO.:  05-00326 |
| | ) | |
| Plaintiff, | ) | NOTICE OF COMPLIANCE |
| | ) | WITH SENTENCE |
| vs. | ) | |
| | ) | Compliance Date:  03/22/06 |
| JOSEPH SOARES, JR., | ) | |
| | ) | A&P DATE:  08/10/05 |
| Defendant. | ) | |
| | ) | Citation No.:  N111985/H20 |

NOTICE OF DEFENDANT'S COMPLIANCE WITH SENTENCE

NOW COMES THE PLAINTIFF, the United States of America, by and through its attorneys, Edward H. Kubo, Jr., United States Attorney, and Keith C. Celebrezze, Special Assistant United States Attorney, and hereby notifies the court that the defendant

has complied with the sentence requirements imposed on September 14, 2005.

    DATED: <u>February 17, 2006</u>, at Honolulu, Hawaii.

                  EDWARD H. KUBO, JR.
                  United States Attorney
                  District of Hawaii

By _____
    KEITH C. CELEBREZZE
    Special Assistant U.S. Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA

---

UNITED STATES vs. JOSEPH SOARES, JR.
CR. NO.: 05-00326
CIT. NO.: N111985/H20
NOTICE OF COMPLIANCE WITH SENTENCE NFORMATION