EDWARD H. KUBO, JR. #2499
United States Attorney
District of Hawaii

MARSHALL H. SILVERBERG #5111
Assistant U.S. Attorney

KEITH C. CELEBREZZE
Special Assistant U.S. Attorney
Suite 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii  96850
Telephone:  (808) 541-2850
Facsimile:  (808) 541-2958
E-Mail:  keith.celebrezze@usdoj.gov

Attorneys for Plaintiff,
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO.:  05-00326 |
| | ) | |
| Plaintiff, | ) | NOTICE OF COMPLIANCE |
| | ) | WITH SENTENCE |
| vs. | ) | |
| | ) | Compliance Date:  03/22/06 |
| JOSEPH SOARES, JR., | ) | |
| | ) | A&P DATE:  08/10/05 |
| Defendant. | ) | |
| | ) | Citation No.:  N111985/H20 |

NOTICE OF DEFENDANT'S COMPLIANCE WITH SENTENCE

NOW COMES THE PLAINTIFF, the United States of America, by and through its attorneys, Edward H. Kubo, Jr., United States Attorney, and Keith C. Celebrezze, Special Assistant United States Attorney, and hereby notifies the court that the defendant

has complied with the sentence requirements imposed on September 14, 2005.

        DATED:  April 11, 2006, at Honolulu, Hawaii.

                EDWARD H. KUBO, JR.
                United States Attorney
                District of Hawaii


                By /s/ Keith C. Celebrezze
                   KEITH C. CELEBREZZE
                   Special Assistant U.S. Attorney

                Attorneys for Plaintiff
                UNITED STATES OF AMERICA

UNITED STATES vs. JOSEPH SOARES, JR.
CR. NO.:  05-00326
CIT. NO.:  N111985/H20
NOTICE OF COMPLIANCE WITH SENTENCE INFORMATION